No. 93–668. HANOVER SOCIETY FOR THE DEAF, INC. *v.* BOARD OF SUPERVISORS OF HANOVER COUNTY, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–669. F. J. VOLLMER & CO. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–672. THOMAS *v.* PEARL. C. A. 7th Cir. Certiorari denied.

No. 93–674. PALKOVICH *v.* UNITED STATES POSTAL SERVICE. C. A. 11th Cir. Certiorari denied.

No. 93–675. KELLEY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, KELLEY ET AL. *v.* INDUSTRIAL REFRIGERATED SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.

No. 93–679. STASSIS *v.* HARTMAN ET AL., MINORS, BY THEIR NEXT FRIEND, HARTMAN. Ct. App. Iowa. Certiorari denied.

No. 93–684. ATLANTIC HEALTHCARE BENEFITS TRUST ET AL. *v.* FOSTER, INSURANCE COMMISSIONER OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–685. ATLANTIC HEALTHCARE BENEFITS TRUST ET AL. *v.* GOOGINS, COMMISSIONER OF INSURANCE OF CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–686. WILLIAMS ET VIR, ON BEHALF OF THEIR MINOR SON, WILLIAMS *v.* SCHOOL DISTRICT OF BETHLEHEM, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 93–688. HUISINGA *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 93–689. QUINN *v.* KANSAS ET AL. C. A. 10th Cir. Certiorari denied.